UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CARLOS L. ROBINSON,

        Petitioner,

vs.

WARDEN,

        Respondent.

No. C 14-4797 NJV (PR)

**ORDER**

Petitioner, a California prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was stayed so petitioner could exhaust further claims. Petitioner has filed a letter demonstrating the California Court of Appeal ruled on his habeas petition. However, petitioner is again informed that the exhaustion requirement is satisfied by providing the highest state court with a full and fair opportunity to consider each claim. *Duncan v. Henry*, 513 U.S. 364, 365 (1995); *Picard v. Connor*, 404 U.S. 270, 276 (1971). Petitioner must present his claims to the California Supreme Court.

**IT IS SO ORDERED.**

Dated: July 1, 2015.

NANDOR J. VADAS
United States Magistrate Judge